# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KERRIE G. PRATT,<br><br>　　　　　　Defendant. | Case No. CV 16-08117-VAP (JEMx)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. (Dkt. 31.) The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Defendant Kerrie G. Pratt's Claim of Exemption filed May 21, 2020, is DENIED.

DATED: August 3, 2020

　　　　　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE